IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY BUSSIE,

    Plaintiff,

  v.

                                                      Case No. 19-cv-111-wmc

SENATOR CHRIS DODD,
CONGRESSMAN BARNEY FRANK AND
CONGRESSMAN ROBERT ANDREWS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case as frivolous and malicious for purposes of 28 U.S.C. § 1915(e)(2).

| /s/ | 2/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |